# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

### v.

### Airman First Class RICHARD A. CALL
### United States Air Force

### ACM S32204

### 02 October 2014

Sentence adjudged 5 December 2013 by SPCM convened at Hill Air Force Base, Utah. Military Judge: Todd E. McDowell (sitting alone).

Approved Sentence: Bad-conduct discharge, confinement for 4 months, and reduction to E-1.

Appellate Counsel for the Appellant: Lieutenant Colonel Judith A. Walker and Major Nicholas D. Carter.

Appellate Counsel for the United States: Lieutenant Colonel Katherine E. Oler and Gerald R. Bruce, Esquire

Before

MITCHELL, WEBER, and CONTOVEROS
Appellate Military Judges

This opinion is subject to editorial correction before final release.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred. Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000). Accordingly, the approved findings and sentence are AFFIRMED.



FOR THE COURT

STEVEN LUCAS
Clerk of the Court